IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
VS.                                 )        CASE NO. 4:03CR00287
                                    )
CHRISTOPHER G. BUMPOUS              )

### ORDER

The Defendant appeared with counsel on this date on the Government's motion for revocation of supervised release. The Defendant waived a preliminary hearing and a detention hearing and agreed to detention.

IT IS, THEREFORE, ORDERED that the Defendant be, and is hereby, detained. Defendant is next to appear for a revocation hearing at 10:00 a.m. on Monday, April 7, 2006, before United States District Judge William R. Wilson.

SO ORDERED this 28th day of March, 2006.


_Henry L. Jones, Jr._
_____
UNITED STATES MAGISTRATE JUDGE