```
               IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF ARKANSAS
                        WESTERN DIVISION
```

UNITED STATES OF AMERICA

    vs.                     4:03CR00287-01-WRW

CHRISTOPHER BUMPOUS

## AMENDED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing April 7, 2006, on the petition to revoke the supervised release granted this defendant. Upon the basis of the admissions of the defendant, the Court finds that Mr. Bumpous has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be REVOKED. The defendant is remanded into the custody of the U.S. Marshal and committed to the custody of the Bureau of Prisons for a period of 9 (nine) months on Counts 1 and 2 to run concurrently. The defendant is to participate in residential or nonresidential substance abuse treatment during incarceration. A special penalty assessment of $175 is payable during incarceration. During incarceration, the defendant will pay 50 percent per month of all funds that are available to him. During community confinement placement, payments will be reduced to 10 percent of the defendant's gross monthly income. There will be no supervised release to follow incarceration.

IT IS SO ORDERED this 11th day of April, 2006.

                                            /s/ Wm. R.Wilson,Jr.
                                UNITED STATES DISTRICT JUDGE

supvrl3.jdg